BERNARD P. SZYBURA, Respondent, v. CITY OF ELMIRA, Appellant. (Action No. 1.) RUSSELL R. NEILEY, Respondent, v. CITY OF ELMIRA, Appellant. (Action No. 2.) JOSEPH HENTZ, Respondent, v. CITY OF ELMIRA, Appellant. (Action No. 3.) — STALEY, JR., J.

1156

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.   [53 Misc 2d 442.]